UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GENE ALLEN,<br><br>                    Petitioner,<br><br>    v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                    Respondents. | Case No. 3:25-cv-00664-ART-CSD<br><br>ORDER |

      Gene Allen, an individual incarcerated at Nevada's Lovelock Correctional Center (LCC), initiated this habeas corpus action, *pro se*, on November 17, 2025, by submitting for filing a petition for writ of habeas corpus (ECF No. 1-1).

      Allen has not paid the $5 filing fee for this action, and he has not filed an application to proceed *in forma pauperis*. Allen will be required to either pay the filing fee or file an application to proceed *in forma pauperis*, using the correct form for LCC, before his habeas petition is filed and this case proceeds.

      It is therefore ordered that Petitioner will have 30 days following the entry of this order to pay the $5 filing fee for this action or file an application to proceed *in forma pauperis*. If Petitioner does not do one or the other in the time allowed, this action will be dismissed without prejudice.

      DATED THIS 20th day of November 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1