UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GENE ALLEN,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:25-cv-00664-ART-CSD<br><br>ORDER |

　　　Gene Allen, an individual incarcerated at Nevada's Lovelock Correctional Center (LCC), initiated this habeas corpus action, *pro se*, on November 17, 2025, by submitting for filing a petition for writ of habeas corpus. (ECF No. 1-1.) Allen did not pay the $5 filing fee and did not file an application to proceed *in forma pauperis*. On November 20, 2025, the Court ordered Allen to do one or the other within 30 days and warned that if he did not do so this action would be dismissed without prejudice. (ECF No. 3.) Allen did not comply with the November 20 order. The Court has received nothing further from Allen in this case since that order was entered.

　　　It is therefore ordered that this action is dismissed without prejudice. Petitioner is denied a certificate of appealability. The Clerk of Court is directed to enter judgment accordingly and close this case.

　　　DATED THIS 7th day of January 2026.

　　　　　　　　　　　　　　　　　　　　　*/s/ Anne R. Traum*
　　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1